IH-32

Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

JEFF HOBBS; ALFRED DOUGLAS
STONE; on behalf of themselves and all
others similarly situated,

|  |  |
|---|---|
| Plaintiff | Case Number |
| vs. | |
| META PLATFORMS, INC.; MARK ZUCKERBERG; GUILLAUME LAMPLE; JOELLE PINEAU; JOHN DOES 1-100 | |
| Defendant | |

### Full Caption of Earlier Filed Case:
(including in bankruptcy appeals the relevant adversary proceeding)

ELSEVIER INC., CENGAGE LEARNING, INC., HACHETTE
BOOK GROUP, INC., MACMILLAN PUBLISHING GROUP,
LLC D/B/A MACMILLAN PUBLISHERS, MCGRAW HILL
LLC, SCOTT TUROW, and S.C.R.I.B.E., INC., individually
and on behalf of others similarly situated

|  |  |
|---|---|
| Plaintiff | Case Number |
| vs. | 26-cv-3689 |
| META PLATFORMS, INC and MARK ZUCKERBERG | |
| Defendant | |

IH-32                                                                                    Rev: 2014-1

Status of Earlier Filed Case:

☐      Closed          (If so, set forth the procedure which resulted in closure, e.g., voluntary
                        dismissal, settlement, court decision.  Also, state whether there is an appeal
                        pending.)

☑      Open            (If so, set forth procedural status and summarize any court rulings.)

The complaint has been filed in the related action but no substantive proceedings or rulings have yet occurred.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

These actions are related because both actions arise out of  similar allegations concerning Meta's use of copyrighted published works in connection with the training of large language models and other generative artificial intelligence systems. Both actions involve copyrighted works, similar theories of infringement, and common factual questions regarding the sourcing of published content in AI training datasets. The cases involve a common nucleus of operative facts and overlapping legal and evidentiary issues sufficient to support related-case designation.

Signature:    /s/ David S. Stone                                        Date: 05-22-26

                STONE & MAGNANINI, LLP
Firm: