UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFF HOBBS *and* ALFRED DOUGLAS STONE, *on behalf of themselves and all others similarly situated,*

Plaintiffs,

-v-

META PLATFORMS, INC., MARK ZUCKERBERG; GUILLAUME LAMPLE; JOELLE PINEAU; *and* JOHN DOES 1-100,

Defendants.

26 Civ. 4314 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On August 26, 2026, defendant Mark Zuckerberg filed a motion to dismiss the complaint under Rule 12 of the Federal Rules of Civil Procedure. Dkts. 10–11. Under Rule 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

Accordingly, it is hereby ORDERED that plaintiffs shall file any amended complaint by September 16, 2026. No further opportunities to amend will ordinarily be granted. If plaintiff does amend, by October 7, 2026, defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying plaintiffs, stating that they rely on the previously filed motion to dismiss.[1]

[1] If defendant files a new motion to dismiss or relies on its previous motion, plaintiff's opposition will be due 14 days thereafter, and defendant's reply, if any, will be due seven days after that.

It is further ORDERED that if no amended complaint is filed, plaintiff shall serve any opposition to the motion to dismiss by September 16, 2026. Defendant's reply, if any, shall be served by September 30, 2026.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: August 27, 2026.
New York, New York