UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOBBS, *et al.*,

Plaintiffs,

-v-

META PLATFORMS, INC, *et al.*,

Defendants.

26 Civ. 4314 (PAE)

ORDER TO SHOW CAUSE

PAUL A. ENGELMAYER, District Judge:

Plaintiffs filed the complaint in this action on May 22, 2026. Dkt. 1. Rule 4(m) of the Federal Rules of Civil Procedure requires that a defendant be served with the Summons and Complaint within 90 days after the Complaint is filed. It is hereby ORDERED that plaintiffs advise the Court in writing why plaintiffs failed to serve the Summons and Complaint within the 90-day period on defendants Guillaume Lample ("Lample") and Joelle Pineau ("Pineau"), or, if plaintiffs believe that defendants have been served, when and in what manner such service was made. It is further ORDERED that if the Court does not receive any written communication from plaintiffs by **September 10, 2026**, showing good cause why such service was not made within 90 days, the Court will dismiss without prejudice the claims against defendants Lample and Pineau.

SO ORDERED.

Paul A. Engelmayer
Paul A. Engelmayer
United States District Judge

Dated: August 27, 2026
New York, New York