**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

JEFF HOBBS; ALFRED DOUGLAS STONE; on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

META PLATFORMS, INC.; MARK ZUCKERBERG; GUILLAUME LAMPLE; JOELLE PINEAU; JOHN DOES 1-100,

Defendants.

**Civil Action No.** 1:26-cv-04314-PAE

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i)**

Plaintiffs Jeff Hobbs and A. Douglas Stone, through their undersigned counsel, hereby voluntarily dismiss the case against Defendants GUILLAUME LAMPLE and JOELLE PINEAU.

Consistent with Fed. R. Civ. P. 41(a)(1)(A)(i), the dismissal is without prejudice.

Dated: September 9, 2026

Respectfully submitted,

By: *<u>/s/ David Stone</u>*
David S. Stone
STONE & MAGNANINI LLP
400 Connell Drive, Suite 6200
Berkeley Heights, NJ 07922
Tel: (973) 218-1111
Email: dstone@smcomplex.com
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ David Stone*
David S. Stone

GRANTED.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Date: September 11, 2026
New York, New York