UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFF HOBBS *et al.*,

Plaintiffs,

-v-

META PLAFORMS, INC., *et al.*,

Defendants.

26 Civ. 4314 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

As discussed at today's initial pretrial conference, the Court has issued an order approving the parties' Civil Management Plan and scheduling the next Case Management Conference for March 15, 2026 at 2 p.m. The Court also orders the parties:

- To file, within one week of a decision on the pending motion to transfer venue in *Elsevier, Inc. v. Meta Platforms, Inc.*, No. 26 Civ. 3689 (PKC), a joint letter setting out the parties' views as to a potential motion to transfer this action, and a proposed timetable for briefing that motion.
- To file, on or before March 8, 2026, a joint status letter updating the Court as to the status of discovery and setting out the parties' views as the timing and nature of potential summary judgment and class certification motions.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: September 18, 2026
New York, New York